

Signed and Filed: July 03, 2009

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**
_____

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>PETER R. FADER dba Urchin Capital Partners, dba Urchin Partners, LLC,<br><br>                        Debtor.<br>_____<br>SARA L. KISTLER, Acting United States Trustee for Region 17,<br><br>                        Plaintiff,<br><br>v.<br><br>PETER R. FADER,<br><br>                        Defendant.<br>_____ | Bankruptcy Case<br>No. 08-30119DM<br><br><br><br>Chapter 7<br><br>Adversary Proceeding<br>No. 08-3080DM |

JUDGMENT ON OBJECTIONS TO DISCHARGE

    For the reasons stated in this court's MEMORANDUM DECISION ON OBJECTIONS TO DISCHARGE entered concurrently this date, Defendant Peter R. Fader is awarded his discharge under 11 U.S.C. § 727(a). Each side should bear its own costs.

                              \*\*END OF JUDGMENT\*\*